# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DALILA CERVANTES CASILLAS (1),<br>CHARLES JOSEPH SANCHEZ (2),<br><br>　　　　Defendants. | Case No. 19-CR-4807-LAB<br><br>**JUDGMENT AND ORDER OF DISMISSAL** |

Based upon the Motion of the United States, and good cause appearing therefor, it is hereby ORDERED that the Information in Case Number 19-CR-4807 shall be dismissed without prejudice.

DATED: January 2, 2020

_____
LARRY ALAN BURNS
CHIEF UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF CALIFORNIA